# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050
SEVEN PENN PLAZA • 370 SEVENTH AVENUE • SUITE 720 • NEW YORK, NY 10001-0015 • 212-661-0085
FACSIMILE: 516-931-0030
robins@lipmanplesur.com

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

April 3, 2020

       Re: **Pacheco, et al. v. Presco Industries Inc., et al.**
          Case No.: 19-cv-5485

Dear Judge Cogan:

  We write to request a 60 day stay on the above matter so that Defendants can find and transition to new defense counsel. Tragically, Defendants' attorney of record in this matter recently passed away due to the pandemic. Defendants will need this time given the current situation to find and retain new counsel and have new counsel get up to speed and meet with Plaintiffs' counsel to present a proposed revised discovery plan moving forward.

  This request is made upon consent of all parties.

                Very truly yours,

                /s/
                David A. Robins