| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>CARMELA PACHECO, MICAELA JUVENCIA SIMAJ, JOSE MARGARITO MORALES ORELLANA, JUAN ANTONIO MORALES, MIRIAM FLORES ANTONIO, MARISOL LOPEZ, JUAN PINEDA, LESLEY ANN BRAVO and JUAN CARLOS ECHEVARIA ACARO,<br><br>                                            Plaintiffs,<br><br>                                -against-<br><br>PRESCO INDUSTRIES INC., MIST ENTERPRISE INC., MEJOR TRABAJO INC., NEW YORK PRESCO INC., DESIGN N SAFETY INC., YAKOV EISENBACH, ANDRES SALGADO and MORDECHAI AINHORN (aka 'Monty'),<br><br>                                            Defendants. | 19-cv-5485-BMC<br><br>**DECLARATION OF DAVID A. ROBINS** |

David A. Robins, an attorney duly admitted to the United States District Court for the Eastern District of New York, declares as follows:

1. I am a member of the firm of Lipman & Plesur, LLP, attorneys for Defendants in the above matter. I am fully familiar with all the facts and circumstances set forth in this Declaration.

2. On April 7, 2020, I served a copy of the Court's Text Order dated April 7, 2020 on all Defendants in this matter via email, Defendants' preferred method for correspondence, and confirmed via telephone that the corporate Defendants received the Order.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Jericho, New York
      April 9, 2020

/s/ David A. Robins